IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-CR-00055-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BRYAN PERALTA | ) | |
| | ) | |

**THIS MATTER** comes before the Court upon the defendant's pro se motion, (Doc. No. 95), for reconsideration of the denial, (Doc. No. 94: Order), of his motions to compel former counsel to turn over all records and files, (Doc. No. 92), and to reconsider the denial of his motion for a copy of the transcript from his sentencing hearing at government expense, (Doc. No. 93).

For the reasons stated in the previous Order, the defendant is not entitled to relief at this point in the proceedings. He may assert his claims under 28 U.S.C. § 2255 based on the information available to him, including his own memory. If the claims he asserts in a filed § 2255 petition warrant discovery or the production of transcripts, the Court may later order such relief under 28 U.S.C. § 753(f), §2250, or the Rules Governing § 2255 Proceedings.

**IT IS, THEREFORE, ORDERED** that defendant's motion to reconsider, (Doc. No. 95), is **DENIED**.

Signed: September 4, 2018

Robert J. Conrad, Jr.
United States District Judge